# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:18-cv-00664-FDW

| | |
|---|---|
| TRAVON LEVI WOODS, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| RONALD COVINGTON, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on its own motion on Plaintiff's filing of "Plaintiff's First Settlement Proposition for Defendants." [Doc. 25].

The Court construes Plaintiff's motion as a request for this Court to hold a judicial settlement conference pursuant to Local Civil Rule 16.3(d)(1). The Court, therefore, will order counsel for Defendants to, within ten (10) days of this Order, notify the Court as to whether Defendants consent to a judicial settlement conference in this matter. The Court notes that the deadline for discovery in this matter has not yet passed and any decision by Defendants to decline a judicial settlement conference at this time would be without prejudice to later requesting or consenting to such a conference.

**IT IS THEREFORE ORDERED** that, within ten (10) days of this Order, Defendants shall notify the Court whether Defendants consent to a judicial settlement conference in this matter to occur either before or after discovery is completed.

Signed: March 9, 2020

Frank D. Whitney
Chief United States District Judge