# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:18-cv-00664-FDW

| | | |
|---|---|---|
| **TRAVON LEVI WOODS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **RONALD COVINGTON, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Response by Defendants Covington, Barnes, and Hunt to the Court's March 9, 2020 Order instructing Defendants to notify the Court regarding their consent to a judicial settlement conference. [Doc. 32].

Defendants Covington, Barnes, and Hunt have advised the Court they are willing to engage in a court-hosted judicial settlement conference in this matter after discovery is completed and "subject to the limitations imposed by travel restrictions as a result of COVID-19." [Doc. 32]. The discovery deadline in this case is May 26, 2020, and the dispositive motions deadline is June 25, 2020. [Doc. 23]. Given these Defendants' willingness to mediate this case and the extreme uncertainty regarding when the parties, counsel, and the Court may be able to safely engage in a judicially mediated settlement conference, the Court will place the dispositive motions deadline in this case in abeyance until further order of the Court. The discovery deadline remains the same.

**IT IS THEREFORE ORDERED** that the dispositive motions deadline in this case is **STAYED** until otherwise ordered by the Court.

Signed: April 3, 2020

Frank D. Whitney
Chief United States District Judge