# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Travon Levi Woods, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:18-cv-00664-KDB |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronald Covington, et al., | ) | |
| | ) | |
| Defendants, | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 28, 2022 Order.

April 28, 2022

Frank G. Johns, Clerk
United States District Court